the same might be signed, sealed and made a part of the record in this case, which is accordingly so done this 13th day of December, 1917." Then follows the signature of the judge of the court, and on the same page a file mark as follows: "Filed December 15, 1917, Jos. C. Clark, Clerk, Owen Circuit Court." The clerk's final certificate to the transcript certifies as follows: "The above and foregoing transcript contains a full, true, correct and complete copy of all papers and entries in said cause filed in my office as such clerk, and recorded in the records of this office, including the original bill of exceptions, the evidence in said cause, which original bill of exceptions is inserted in said transcript without copying as required by the above and foregoing praecipe." The certificate is dated December 15, 1917, and signed by the clerk of the Owen Circuit Court, with seal attached.

It will be observed that the clerk's certificate is dated within the time fixed for the filing of the bill of exceptions. We hold that it sufficiently appears both by appellant's brief and by the record that the bill of exceptions was filed, and that it was filed within the time required by the court's order.

The petition for rehearing is overruled.

---

## BRITE *v.* HASTINGS.

[No. 10,389. Filed May 28, 1920. Rehearing denied November 5, 1920.]

From Spencer Circuit Court; *Marshall R. Tweedy*, Judge.

Action between James M. Brite and William C. Hastings. From the judgment rendered, the former appeals. *Affirmed.*

*Tracewell & Tracewell* and *J. E. Williamson*, for appellant.

*W. C. Mason, F. P. Leonard, Jesse Wade* and *E. M. Swan*, for appellee.

PER CURIAM.—Judgment affirmed.